Argued October 27, affirmed October 27, 1975

STATE OF OREGON, *Appellant, v.* RALPH
WILTON MARINO (No. 74 5736, CA 4782),
*Respondent.*

541 P2d 832

*Donald L. Paillette,* Assistant Attorney General,
Salem, argued the cause for appellant. With him on
the brief were Lee Johnson, Attorney General, and
W. Michael Gillette, Solicitor General, Salem.

*J. Marvin Kuhn,* Deputy Public Defender, Salem,
argued the cause for respondent. With him on the
brief was Gary D. Babcock, Public Defender, Salem.

Before Schwab, Chief Judge, and Fort and
Thornton, Judges.

PER CURIAM.

Affirmed. *See, State v. Grisback,* 271 Or 439, 532
P2d 1125 (1975).